IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DUSTIN ANDREW SEXTON**                                                              **PLAINTIFF**

V.                              **CASE NO. 2:23-CV-2113**

**SERGEANT JOHN GRIFFITH**
**and JAIL ADMINISTRATOR JACOB SHOOK**
**(Both of Johnson County Detention Center)**                   **DEFENDANTS**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 60) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, submitted in this case on January 24, 2025, regarding Defendants' Motion for Summary Judgment (Doc. 50). Plaintiff Dustin Andrew Sexton filed a Response in Opposition to the Motion. *See* Docs. 57 & 58. The Magistrate Judge considered the undisputed evidence of record and the parties' arguments before recommending that the Motion be granted and the case dismissed with prejudice. On February 6, 2025, Mr. Sexton filed Objections to the R&R (Doc. 61), which triggered this Court's *de novo* review of the case. *See* 28 U.S.C. § 636(b)(1).

Mr. Sexton was booked into the Johnson County Jail on November 26, 2022, for possession of methamphetamine, heroin, and cocaine with purpose to deliver. On August 25, 2023, a female acquaintance of Mr. Sexton's arrived at the jail to pay his bond. Defendants explained to her that Mr. Sexton could not leave—even if she paid the bond—because the Arkansas Department of Correction had a hold on him, as did Pope County. Sometime thereafter, Defendants determined that the Arkansas Department of Correction's hold had been released—but Pope County's hold remained in place. Mr.

2

Sexton was transferred from Johnson County to Pope County to face criminal charges, and he ultimately pleaded guilty to charges in both counties. As Mr. Sexton did not present any evidence to counter the above facts, the Magistrate Judge determined that his constitutional rights were not violated when Defendants refused to release him on bond.

In his objections, Mr. Sexton fails to acknowledge the undisputed facts of record and the legal reasoning in the R&R. He insists that Defendants had a grudge against him and believes he should have been allowed to bond out. *See* Doc. 61, p. 5. None of his objections are meritorious, and they are **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendants' Motion for Summary Judgment (Doc. 50) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 19th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE